JS-6

FILED
CLERK, U.S. DISTRICT COURT
JUL 6, 2018
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEGE LOAN CORPORATION,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONDUENT EDUCATION SERVICES LLC, et al<br><br>    Defendants. | Case No. **LA 18-cv-03428 VAP (MRWx)**<br><br>**ORDER OF DISMISSAL** |

    The Court having been advised by counsel for the parties that the above-entitled action has settled,

    **IT IS ORDERED** that this action be, and hereby is, dismissed in its entirety without prejudice.

    THE COURT to retain jurisdiction for a period of **forty-five (45) days** to enforce the terms of the settlement. Scheduling conference is **vacated.**

Dated: July 6, 2018

                                             *Virginia A. Phillips*
                                         VIRGINIA A. PHILLIPS
                                         Chief United States District Judge

s:\vap\crd's forms\3-ord-dism settled.frm